KENNETH A. FEINSWOG (State Bar No. 129562)
kfeinswog@aol.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA**

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>SASSON JACOBY, SLICK DESIGNS & APPAREL OF MIAMI, INC., TR STYLES, LLC, TUWANNA ROBERSON , DOWNTOWN OFF PRICE, INC., JOSEPH MANOOCHEHI and SHMUEL BEN YAEESH a/k/a SHUMELL BEN YAEESH,<br><br>Defendants. | **CIVIL ACTION NO. 11-5060 CBM (PJWx)**<br><br>**PARTIAL FINAL JUDGMENT AND PERMANENT INJUNCTION** |

The parties having stipulated to the entry of a final judgment and permanent injunction,

IT IS HEREBY ORDERED THAT:

1. Defendants Sasson Jacoby and Shmuel Ben Yaeesh a/k/a Shumell Ben Yaeesh are found liable to plaintiff on all claims raised by plaintiff in the above-referenced action and a judgment in the amount of $75,001.00 is hereby entered jointly and severally against defendants Sasson Jacoby and Shmuel Ben Yaeesh a/k/a Shumell Ben Yaeesh for willful and malicious trademark, copyright and right of publicity infringement.

2. A permanent injunction is hereby entered permanently enjoining defendants Sasson Jacoby and Shmuel Ben Yaeesh a/k/a Shumell Ben Yaeesh and parties acting in concert with either of them from advertising, selling, manufacturing and/or distributing any merchandise bearing the Michael Jackson name, trademark and/or likeness and/or the King of Pop mark and/or anything confusingly similar thereto.

3. All claims are dismissed against defendant Slick Designs & Apparel of Miami, Inc. without prejudice with each party bearing its own costs and attorneys' fees.

4. This judgment does not affect any other parties in this action.

May 21, 2012

THE HONORABLE CONSUELO B. MARSHALL
United States District Judge