1  KENNETH A. FEINSWOG (State Bar No. 129562)
2  kfeinswog@aol.com
   400 Corporate Pointe, Suite 300
3  Culver City, California 90230
4  Telephone:  (310) 846-5800
   Facsimile:   (310) 846-5801
5

6  *Attorney for Plaintiff*

7

8
                UNITED STATES DISTRICT COURT
9                  FOR THE CENTRAL DISTRICT
10                       OF CALIFORNIA

11 | BRAVADO INTERNATIONAL        | CIVIL ACTION NO.
12 | GROUP   MERCHANDISING         | 11-5060 CBM (PJWx)
   | SERVICES, INC.,               |
13 |                               |
   |                               | **PARTIAL FINAL JUDGMENT AND**
14 |                               | **PERMANENT <u>INJUNCTION</u>**
15 |         Plaintiff,            |
16 |                               |
   |      -against-                |
17 |                               |
   | SASSON JACOBY, SLICK          |
18 | DESIGNS & APPAREL OF MIAMI,   |
   | INC., TR STYLES, LLC,         |
19 | TUWANNA ROBERSON ,            |
20 | DOWNTOWN OFF PRICE, INC.,     |
   | JOSEPH MANOOCHEHI and         |
21 | SHMUEL BEN YAEESH a/k/a       |
22 | SHUMELL BEN YAEESH,           |
23 |                               |
   |         Defendants.           |
24 |                               |
25

26      The parties having stipulated to the entry of a final judgment and permanent
27 injunction,
28

                                    1

IT IS HEREBY ORDERED THAT:

1.  Defendants Sasson Jacoby and Shmuel Ben Yaeesh a/k/a Shumell Ben Yaeesh are found liable to plaintiff on all claims raised by plaintiff in the above-referenced action and a judgment in the amount of $75,001.00 is hereby entered jointly and severally against defendants Sasson Jacoby and Shmuel Ben Yaeesh a/k/a Shumell Ben Yaeesh for willful and malicious trademark, copyright and right of publicity infringement.

2.  A permanent injunction is hereby entered permanently enjoining defendants Sasson Jacoby and Shmuel Ben Yaeesh a/k/a Shumell Ben Yaeesh and parties acting in concert with either of them from advertising, selling, manufacturing and/or distributing any merchandise bearing the Michael Jackson name, trademark and/or likeness and/or the King of Pop mark and/or anything confusingly similar thereto.

3.  All claims are dismissed against defendant Slick Designs & Apparel of Miami, Inc. without prejudice with each party bearing its own costs and attorneys' fees.

1   4.   This judgment does not affect any other parties in this action.

May 21, 2012   _____
THE HONORABLE CONSUELO B. MARSHALL
United States District Judge